Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas
### Houston Division

United States Courts
Southern District of Texas
FILED

*8/9/2024*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| Dionsysus Henderson | Case No. _____ |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | |
| Huntsville Independent School District Walker County District Attorney's Office Huntsville Police Department | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Dionsysus Henderson |
| Street Address | 5018 Antoine Dr STE B#222 |
| City and County | Houston HARRIS |
| State and Zip Code | Texas 77092 |
| Telephone Number | 5104841354 |
| E-mail Address | d.c.henderson1@icloud.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                                    Huntsville Independent School District

Job or Title *(if known)*

Street Address                          441 FM 2821 Rd E

City and County                         Huntsville, WALKER

State and Zip Code                      TX 77320

Telephone Number                        936-295-3421

E-mail Address *(if known)*

Defendant No. 2

Name                                    Walker County District Attorney

Job or Title *(if known)*

Street Address                          1036 11th St

City and County                         Huntsville, WALKER

State and Zip Code                      Texas 77340

Telephone Number                        936- 435- 2441

E-mail Address *(if known)*

Defendant No. 3

Name                                    Huntsville Police Department

Job or Title *(if known)*

Street Address                          1220 11th st

City and County                         Huntsville, WALKER

State and Zip Code                      Texas 77340

Telephone Number                        936-201-5480

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

-4.4 Proportionality and Juvenile Offenders. Eighth Amendment: Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.
-Advance notice of the charges, the right to counsel, the right to confront and cross-examine adverse witnesses, and the right to remain silent
-Fourth Amendment requires that a juvenile arrested without a warrant be provided a probable cause

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* Dionsysus C. Henderson                      , is a citizen of the State of *(name)* Texas                      .

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)*  Huntsville Independant School District, et al   , is incorporated under

the laws of the State of *(name)*    Texas                                  , and has its

principal place of business in the State of *(name)*   Texas                              .

Or is incorporated under the laws of *(foreign nation)*                              ,

and has its principal place of business in *(name)*                              .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$1,400,000- because the defendant wrongfully arrested, and incarcerated a minor. Maliciously prosecuted a minor with no legal representation, no due process, and no recognition of civil rights granted to all citizens by the constitution

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Gross negligence causing bodily injury on 10/22/2003

Psychological damages resulting from unlawful arrest, false imprisonment, abuse of official capacity, and or malicious prosecution from 04/21/2004 to 04/26/2004

Libel from 05/2004 to the present day

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Damages for Libel- $750,000
Damages for negligence, malicious prosecution, discrimination, injury to a child, false imprisonment, abuse of official capacity- $650,000

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          07/18/2024

Signature of Plaintiff

Printed Name of Plaintiff          DIONSYSUS C HENDERSON

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address