United States District Court
Southern District of Texas
**ENTERED**
June 13, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIONSYSUS HENDERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-03042 |
| | § | |
| HUNTSVILLE INDEPENDENT SCHOOL | § | |
| DISTRICT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In an Order issued simultaneously with this Final Judgment, the Court granted Defendant Huntsville Independent School District's Motion to Dismiss (Doc. #24); Defendant Huntsville Police Department's ("HPD")[1] Motion to Dismiss (Doc #25); and Defendant Walker County District Attorney's Office's Motion to Dismiss (Doc. #26). Accordingly, the Court determines that Final Judgment should be entered in this matter and renders this Final Judgment pursuant to Federal Rule of Civil Procedure 58.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT Plaintiff's claims are DISMISSED WITH PREJUDICE.

This is a Final Judgment disposing of all claims of all parties.

JUN 1 2 2025
Date

The Honorable Alfred H. Bennett
United States District Judge

---

[1] The City of Huntsville filed the Motion to Dismiss on behalf of HPD because HPD has no separate jural existence from the City of Huntsville. *See* Doc. #25 at 1. However, because Plaintiff brought this action against HPD, the Court will refer only to HPD in this Order.